## THIRD DISTRICT.

A. W. Frankenfeld, receiver of H. N. Schuyler State Bank, plaintiff in error, v. H. H. Moxley et al., defendants in error. Gen. No. 8,497.

Opinion filed November 4, 1931.

Springstun & Springstun and E. E. Dowell, for plaintiff in error. Hershey & Vogelsang and Carl H. Preihs, for defendants in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

J. F. Long, appellee, v. Jessie Ray and Ethel Ray, appellants. Gen. No. 8,505.

Opinion filed November 4, 1931.

Costigan & Wollrab, for appellants; Beulah E. Irvin, of counsel. J. B. Jiskra, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

John E. Barber, administrator of the estate of John Elmer Barber, deceased, appellant, v. Francis Thatcher and Dean Dickerson, appellees. Gen. No. 8,508.

Opinion filed November 4, 1931. Rehearing denied January 7, 1932.

Harry I. Hannah, for appellant. Craig Van Meter and Craig & Craig, for certain appellee. Raymond G. Real, for certain other appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Independent Bottle Company, appellee, v. Henry M. Schoen, trading as "Bottlers Supply Company," appellant. Gen. No. 8,522.

Opinion filed November 4, 1931.

G. G. Ginnaven, for appellant. Herman H. Cohn and Alfred H. Greening, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.